No. 71–5967. JENSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5968. HUGGINS v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 71–5969. BAMBERGER v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5971. KIMMONS v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–5973. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–5975. SAVAGE v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 71–5976. NICHOLSON v. WOLFF, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 71–5977. ZOVLUCK v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–5978. TINER v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 71–5979. PACHECO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 71–5980. WATTS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 71–5981. PELOW v. MANCUSI, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.